IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOSE ESCOBAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-82-Z-BR |
| | § | |
| ROBERT ALMANZA, JR., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to grant Defendants' Motion for Summary Judgment. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 63. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Defendants' Motion for Summary Judgment on Plaintiff's claims is **GRANTED**.

**SO ORDERED**.

June  13 , 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE